Ja Vonne M. Phillips, Esq. SBN 187474
Kelly M. Raftery, Esq. SBN 249195
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
U.S. Bank National Association, as Trustee, for MASTR Adjustable Rate Mortgages Trust 2007-3, it assignees and/or successors, and the servicing agent OneWest Bank FSB

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re | ) Case No. 8:10-bk-24141-RK |
| | ) |
| | ) Chapter 13 |
| Tan K Nguyen | ) |
| | ) |
| Debtor, | ) **OBJECTION TO CONFIRMATION** |
| | ) **OF  CHAPTER 13 PLAN** |
| | ) |
| | ) |
| | ) **341(a) Meeting of Creditors:** |
| | ) Date: 11/8/2010 |
| | ) Time: 4:00 PM |
| | ) Place: RM 1-154, 411 W Fourth Street |
| | )          Santa Ana CA |
| | ) |
| | ) |
| | ) **Confirmation Hearing:** |
| | ) Date:  12/9/2010 |
| | ) Time: 10:00 AM |
| | ) Ctrm: 5D, 5th |
| | ) Place: 411 West Fourth Avenue |
| | )          Santa Ana CA |
| | ) |
| | ) |
| | ) Judge: Robert N. Kwan |
| | ) |

File No.  CA-10-38008
Objection to Plan, Case No. 8:10-bk-24141-RK

U.S. Bank National Association, as Trustee, for MASTR Adjustable Rate Mortgages Trust 2007-3, its assignees and/or successors, ("Secured Creditor") in the above-entitled Bankruptcy proceeding, hereby submits the following Objections to Confirmation of the Chapter 13 Plan proposed by ("Debtor") Tan K Nguyen.

1.      This objecting Secured Creditor Services and is entitled to receive payments pursuant to a Promissory Note which matures on 11/1/2036 and is secured by a Deed of Trust on the subject property commonly known as 4468 Park Run Court, Riverside, CA 92505.  As of 10/4/2010, the approximated amount in default was $24,840.37, incurred with respect to the default.  Secured Creditor is in the process of preparing a formal Proof of Claim to be filed in the near future.  Please see Deed of Trust and Note attached hereto as **Exhibit "1".**

2.      The proposed Plan does not provide for pre-petition arrearages owed to Secured Creditor. To cure the pre-petition arrearages of $24,840.37 over the term of the Plan within 60 months, Secured Creditor must receive a minimum payment of $414.01 per month from the Debtor through the Plan.  Although Debtor does not provide for payments to Secured Creditor, Debtor's Plan provides for payments to the Trustee in the amount of $1,125.00 per month for 60 months. Debtor does not have sufficient funds available to cure the arrears over the term of the Plan within 60 months. Clearly, the Plan is not feasible. A true and correct copy of Debtor's Schedules I and J is attached hereto as **Exhibit "2"**.

3.      Unless otherwise ordered, under 11 U.S.C. § 1326(a)(1), the Debtor shall commence making the payments proposed by the Plan within 30 days after the Petition is filed. The Plan must comply with all applicable provisions of 11 U.S.C. § 1325 to be confirmed. As such, the Plan cannot be confirmed.

<u>CONCLUSION</u>

Any Chapter 13 Plan proposed by the Debtor must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code.  Secured Creditor respectfully requests that confirmation of the Chapter 13 Plan as proposed by the Debtor be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor.

///

1    The Debtor is ineligible for a Chapter 13 bankruptcy proceeding as the total amount of

2    secured debt exceeds $1,010,650.00.  11 See U.S.C. section 109(e).  Accordingly, the Secured

3    Creditor additionally requests that the instant case be dismissed or converted to a qualifying

4    chapter.

5    WHEREFORE, Secured Creditor prays as follows:

6    1.    That confirmation of the Proposed Chapter 13 Plan be denied, or in the

7    alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor

8    within 60 months;

9    2.    For attorneys' fees and costs herein,

10    3.    For such other relief as this Court deems proper.

11

12    Respectfully submitted,

13    McCarthy & Holthus, LLP

14

15    By: /s/  Kelly M. Raftery, Esq.
    Kelly M. Raftery, Esq.

16    Attorney for Secured Creditor

17    U.S. Bank National Association, as
    Trustee, for MASTR Adjustable Rate

18    Mortgages Trust 2007-3, it assignees
    and/or successors, and the servicing

19    agent OneWest Bank FSB

20

21

22

23

24

25

26

27

28

29

| In re: Tan K Nguyen, | | CHAPTER 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 8:10-bk-24141-RK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1770 Fourth Avenue
San Diego, CA 92101

A true and correct copy of the foregoing document described <u>OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **12/6/2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

UNITED STATES TRUSTEE
ustpregion16.sa.ecf@usdoj.gov

TRUSTEE
Amrane Cohen (TR)
efile@ch13ac.com

☐  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **12/6/2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

DEBTOR - Tan K Nguyen, 9315 Bolsa Ave #378,  Westminster, CA 92683
COUNSEL FOR DEBTOR - Gary L Harre , 1940 W Orangewood Ave Ste 110, Orange, CA 92868

JUDGE'S COPY - The Honorable Judge, Robert N. Kwan, United States Bankruptcy Court - Santa Ana Division, 411 West Fourth Street, Suite 5165, Santa Ana, CA, 92701-4593

☐  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I  served  the  following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/6/2010 | David Fry | /s/ David Fry |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                   **F 9013-3.1**